UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 00-11802-PBS

JASON WOLFSON, ET AL
Plaintiffs

v.

AMERICAN AIRLINES, INC., ET AL
Defendants

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised by letter on March 1, 2002 that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

By the Court,

_____
Deputy Clerk

March 13, 2002

To: All Counsel

